UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TANYA BALL, on behalf of herself and
others similarly situated,

    Plaintiff,

CASE NO.: 6:19-CV-01836

v.

QUICKEN LOANS, INC.,

    Defendant.

### NOTICE OF VOLUNTARY DISMISSSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, TANYA BALL, by and through her undersigned counsel, respectfully files this Notice of Voluntary Dismissal without Prejudice ("Notice").  Plaintiff filed her complaint (Doc. 1) on September 23, 2019 and then amended her complaint (Doc. 20) on December 02, 2019.  Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 25) on December 16, 2019. Defendant has not filed an answer or motion for summary judgment.  Plaintiff has decided to dismiss her case.

**I HEREBY CERTIFY** that, on this 13th day of March, 2020, the foregoing was filed upon the parties using the CM/ECF system.

    Respectfully submitted,

*/s/ William "Billy" Peerce Howard, Esq.*
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
**THE CONSUMER PROTECTION FIRM**
4030 Henderson Boulevard
Tampa, FL, 33629
Telephone:  (813) 500-1500
Facsimile:  (813) 435-2369
Billy@TheConsumerProtectionFirm.com
*Attorneys for Plaintiff*

/s/ *John A. Yanchunis*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
John A. Yanchunis (FL Bar No. 324681)
Patrick A. Barthle (FL Bar No. 99286)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jyanchunis@forthepeople.com
pbarthle@forthepeople.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, the foregoing document was filed with the Clerk by using the CM/ECF system, which will send notification to all attorneys of record in this matter.

*/s/ William "Billy" Peerce Howard, Esq.*
William "Billy" Peerce Howard, Esq.